AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>ALEXANDER JAMES CARLSSON<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)   6:15-mj- 1429<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 30, 2015 and August 5, 2015__ in the county of __Seminole__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252A(a)(2) and (a)(5)(B) | Receipt and Possession of Child Pornography. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

J. Steven McElyea, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/5/15

City and state: Orlando, Florida

*Judge's signature*

Gregory J. Kelly, United States Magistrate Judge
*Printed name and title*

STATE OF FLORIDA

COUNTY OF ORANGE

CASE NO. 6:15-mj-

## AFFIDAVIT

I, J. Steven McElyea, being duly sworn, do hereby depose and state as follows:

1. I am currently in my twenty first year of employment with the Seminole County Sheriff's Office, and I have been assigned as a task force officer with the Federal Bureau of Investigation (FBI) Innocent Images Unit in Orlando since July 2005. I have been investigating crimes against children from November 1999 to the present. While assigned to the FBI, I have investigated federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography. I have gained experience through training at the Orlando FBI Violent Crimes Against Children's task force and everyday work relating to conducting these types of investigations. I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. Moreover, I am a federal task force officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2251 and 2252A.

2. This affidavit is submitted in support of a criminal complaint against ALEXANDER JAMES CARLSSON for violations of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(a)(5)(B). As set forth in more detail below, I believe there is probable cause that between on or about May 30, 2015 and August 5, 2015, in Seminole County, Florida, ALEXANDER JAMES CARLSSON, received and possessed child pornography using a means and facility of interstate commerce and that had been

transported in interstate commerce, in violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(a)(5)(B).

3.    I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from other law enforcement officers, information from agency reports, and our review of documents provided to me by these witnesses and law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

## STATUTORY AUTHORITY

4.    Section 2252A(a)(2) and 2252A(a)(5)(B) prohibit a person from knowingly receiving or possessing any material that contains an image of child pornography, as defined in 18 U.S.C. § 2256(8), that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

## DETAILS OF THE INVESTIGATION

5.    Through an investigative lead sent to the Orlando FBI, I know that ALEXANDER JAMES CARLSSON (CARLSSON) had been linked to an online community of individuals who regularly sent and received child pornography via "Website A" that operated on an anonymous online network, and that on or about February 27, 2015, through March 2, 2015, CARLSSON knowingly accessed with intent

to view child pornography on "Website A" from a computer using an IP address assigned to his residential address.[1]

6. On August 4, 2015, the Honorable Magistrate Judge Gregory J. Kelly, United States District Court for the Middle District of Florida, issued a search warrant for the search and seizure of specific evidence located at CARLSSON's residence.

7. On August 5, 2015, law enforcement officers executed the search warrant at CARLSSON's residence, and encountered CARLSSON.

8. During a non-custodial interview, CARLSSON admitted that he had been accessing, possessing and receiving child pornography over the Internet for the past year. CARLSSON stated that during the last year, he used the TOR Network, a network that is designed to facilitate anonymous browsing and communications over the internet, to access child pornography websites that were only available to users of the TOR Network that had the web address of the child pornography websites. CARLSSON admitted that he repeatedly accessed "Website A" and downloaded child pornography from that website as well as another child pornography website on the darkweb. CARLSSON said that he developed a fictitious e-mail address and username to access the child pornography website in order to conceal his identity. CARLSSON stated that the last time he had accessed a child pornography website on the TOR Network was about two weeks earlier. CARLSSON admitted that he possessed files of

---

[1] The actual name of "Website A" is known to law enforcement. Disclosure of the name of the site would potentially alert its members to the fact that law enforcement action is being taken against the site and its users, potentially provoking members to notify other members of law enforcement action, flee, and/or destroy evidence. Accordingly, for purposes of the confidentiality and integrity of the ongoing investigation involved in this matter, specific names and other identifying factors have been replaced with generic terms and the website will be identified as "Website A."

child pornography, including graphics and videos, and that the child pornography images sexually aroused him. He stated that his collection consisted primarily of minor girls, ages 3-16 years, and that he downloaded and possessed images depicting the sexual abuse of girls as young as three years old from the Internet using his desktop computer. CARLSSON stated that he viewed, downloaded and possessed child pornography using his Lenovo Yoga laptop computer, his generic desktop computer, and his external hard drive. CARLSSON said that he knew it was illegal to download and possess child pornography. CARLSSON also admitted that he had a sexual interest in anime showing the sexual abuse of children, and that he was a "clopper" and had a sexual interest in figurines and pictures depicting My Little Pony toys.

9. During the execution of the search warrant, a forensic computer examiner conducted a preliminary examination of CARLSSON's homemade desktop computer, thumb drive, and external hard drive. The examiner located videos and graphics of child pornography on all three devices, and noted that TOR was installed on the desktop computer.

10. I have viewed a total of eighteen images (8 videos and 10 graphics) that the examiner located on the desktop computer and external hard drive during his forensic preview, and believe, based on my training and experience, that all of the images contain child pornography, as defined in 18 U.S.C. § 2256. Below are three of the images that I viewed:

 (a) ***.mp4. – a 32 minute compilation video showing an adult male vaginally and orally penetrating a toddler that was downloaded to the desktop computer on May 30, 2015.

    (b)    \*\*\*.mpg – a video showing an adult male sexually abusing and ejaculating on an approximately three year-old girl that was downloaded to the desktop computer on July 24, 2015.

    (c)    \*\*\*.jpeg - a collage of graphics depicting an adult male and female sexually abusing an approximately two year-old girl that was downloaded to the desktop computer on July 18, 2015.

11. Based on the above, there is probable cause that between in or about May 30, 2015 and August 5, 2015, in Seminole County, Florida, in the Middle District of Florida, ALEXANDER JAMES CARLSSON knowingly received and possessed child pornography, that is, visual depictions of a minor engaging in sexually explicit conduct, which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and using any means and facility of interstate and foreign commerce, that is, the Internet, in violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(a)(5)(B).

                                                */s/ J. Steven McElyea*
                                              J. Steven McElyea, Task Force Officer
                                              Federal Bureau of Investigation

Sworn to and subscribed before me this ___ day of August, 2015.

_____
Gregory J. Kelly
United States Magistrate Judge