David R. Parker, Ph. D.
1133 Louisiana Avenue
Suite 207
Winter Park, Florida 32789

October 15, 2105

To Whom It May Concern:

Re: Alexander Carlsson
DOB: 7/24/1990

     I am a Clinical Psychologist who has practiced in Winter Park, Florida, since December 1979. I began to follow Alex Carlsson as a patient when he was around 7 years old. At that time, his parents brought him to treatment because he was failing to connect with other children although he was exceedingly bright and in gifted classes. He showed few interests in common with other children and was quite obsessed with Pokémon cards, characters, and the game associated with those cards. He could name the over-170 characters, their characteristics, and the manner in which they "mutated" from character to another. When talking about those cards, he became quite talkative, although not reciprocal. His eye contact was spotty at best, and fleeting when it did occur. He was somewhat physically clumsy. His tone of voice was within the normal range, but noticeably different at times. It was clear that he dialoguing with a nearly constant internal train of thought. I diagnosed Alex with Asperger's Syndrome at that time. Asperger's Syndrome is a disorder along the Autism Spectrum that is characterized by more nearly normal development for the first three years of life than that usually associated with Autism. Paucity of social reciprocity and eye contact are frequently seen. Physical clumsiness is often present. Frequently, there is an intense fascination with a constricted aspect of one's environment. People with Asperger's Syndrome may learn social interactions by rote as they try to improve their social interaction skills.

     Of great value to Alex were his relationships with his family. His father often brought him to therapy, and I could always count on finding him nestled close to his father in the waiting room. His affection was equally clear towards his mother and older brother. Instead of making him feel odd for being so obsessed with Pokémon, his brother joined him in creating their own role-playing game on a series of several hundred index cards. His mother was always the "point person," making sure that Alex received all the academic support, and recognition, he deserved. As a result, Alex grew up surrounded by love and safety.

     This was shattered by his father's unexpected fatal heart attack in his early forties. This had enormous impact on the family and, especially, on Alex. Despite this, Alex continued to excel academically and followed his brother to Trinity Preparatory School, where he maintained his academic prowess. He joined the school's woodwind ensemble and Jazz Band. Although he was noticeably different than most of the other students, he was an accepted member of the Trinity Family. His social activity outside class was restricted to music, however. He never dated. His social interaction outside the family consisted mainly of online chat with fellow gamers. His choice of games was primarily Role Playing Games. Playing these games was always accompanied by live verbal interaction with other gamers. This helped him improve his social interaction skills.

     Throughout our work together, Alex has shown a keen interest in cartooning and art. He was an accomplished cartoon artist by his early teenage years, and developed an interest in Animé. His expression of this fascination was in no way sexualized; instead, it showed an innocence and youthfulness younger than his chronological age.



EXHIBIT A

For a large part of his late elementary school to high-school years, Alex and I were not engaged in therapy. He was functioning adequately in school and at home. Following high school, Alex attended Georgia Southern College. This was an academic and social debacle for him, and he returned home after one semester. It took him about a year to regain his previous level of functioning. I saw him periodically throughout this period, but less often as he re-gained his equilibrium, returned to college – this time at Valencia State College – and began to perform adequately in his classes. He was majoring in graphic art, with the intention of following a career in cartooning.

Although Alex's involvement in child pornography came as a shock to me, it in no way changes my opinion that he would *never* directly engage in sexual activity with a child. If there were a statistic showing that 80% of those viewing child pornography went on to molest children, I would be sure in my prediction that he would be in the 20% who didn't. If the odds were 99% to 1%, I would be equally sure that he was in the 1%.

David R. Parker, Ph.D.
Licensed Psychologist
FL License #PY2490