# Jerald Polygraph Services, LLC



Post Office Box 830926
Ocala, Florida 34483-0926
Phone: (352) 694-7501   Fax: (352) 694-7393
email: ljerald@jerald.us

**J. Larry Jerald**
Certified Polygraphist
Since 1977

**Member**
American Polygraph Association
Florida Polygraph Association
American Assoc. of Police Polygraphists

---

## SPECIFIC ISSUE POLYGRAPH EXAMINATION REPORT
## CONFIDENTIAL

TO:             MATTHEW P. FERRY, ESQUIRE
                1150 LOUISIANA AVENUE, SUITE 2
                WINTER PARK, FL 32789

SUBJECT:        ALEXANDER CARLSSON

EXAM DATE:      JANUARY 19, 2016

EXAM LOCATION:  3620 NE 8TH PLACE, STE 10, OCALA, FLORIDA

On the above date, Mr. Alexander Carlsson submitted to a specific issue polygraph examination. He provided no medical or personal information that would adversely impact upon the successful completion of a polygraph examination. He appeared to be able to comprehend my instructions and appeared fit to submit to a polygraph examination.

Mr. Carlsson signed a consent form agreeing to this polygraph examination. He was provided with a detailed explanation of the polygraph instrument, examination procedure and physiology as it applies to the polygraph. He was given the opportunity to ask any questions before the examination. All questions were thoroughly discussed with him prior to the administration of the examination.

This polygraph examination was conducted utilizing the Lafayette LX4000 Computerized Polygraph System. Your polygraph examiner was trained, by the manufacturer, in the proper operation of this computerized system and its accompanying scoring algorithms.

The Zone Comparison Technique was used to administer this polygraph examination.

---

*"Seeking Truth Through Technology"*


EXHIBIT C

**PRE-TEST INTERVIEW:**

The purpose of this polygraph examination was to determine if Mr. Carlsson has sexually touched anyone under 18-years-old since he became an adult. The following definitions were explained to him during the pre-test interview:

| | |
|---|---|
| Sexual Touching: | The touching of a person for the purpose of sexual arousal, gratification, pleasure, curiosity, excitement, enjoyment or any other sexual purpose. |
| Adult: | Anyone 18 years old or older |
| Juvenile: | Anyone under 18 years of age |

During the interview, Mr. Carlsson stated that he has not sexually touched any person under 18-years-old, as an adult. A polygraph test was then constructed to assess the veracity of that denial.

**TEST QUESTIONS:**

The following relevant questions were asked and answered "no" during the examination:

R5-   After you became 18-years-old, did you sexually touch anyone under 18?

R7-   After you became 18-years-old, did you <u>even once</u> sexually touch anyone under 18?

**EVALUATION:**

A detailed evaluation of the chart patterns resulted in the opinion that there was **NO DECEPTION INDICATED** in Mr. Carlsson's physiological reactions to the relevant test questions.

This opinion was verified by the following recognized computerized polygraph scoring program: The Objective Scoring System.

J. Larry Jerald
Certified Polygraphist

2