**Matt@warrenlindseylaw.com**

| | |
|---|---|
| **From:** | Michael van den Berg <michaelovandenberg1@gmail.com> |
| **Sent:** | Sunday, August 09, 2015 8:03 PM |
| **To:** | Matt@lindseyandferry.com |
| **Subject:** | Letter for the Carlssons |

To the Honorable Gregory J. Kelly,

My name is Michael van den Berg. I currently work as an associate in New York at Wachtell, Lipton, Rosen & Katz. Over the last fourteen years, it has been my pleasure and privilege to consider Steve Carlsson as one of my dearest friends. I was Steve's best man, and we share a tight-knit group of friends from middle and high school. Steve and I speak almost every day.

For as long as I have known Steve, I have had almost no contact with his brother, Alex. Indeed, I have met Alex many times, but he was unable to converse with me. Almost every time I have seen Alex, he was deeply ensconced in a video game; Steve and his mother both explained to me that Alex suffered from some sort of autism-spectrum disorder; this was confirmed when Alex was later diagnosed with Asperger's Syndrome. The condition only worsened after the sudden death of Steve and Alex's father in 2005, a tragedy which appeared to worsen Alex's condition. Steve had many long talks to me about the struggles he felt in assuming the role of acting as a father figure for Alex.

No incident casts this in clearer focus than Steve's wedding. In fact, when Steve called and asked me to be his best man, I initially demurred, telling him I thought his brother should take that role by default. Steve told me that he had thought about the issue, but eventually decided that his brother did not have the abilities to interact with others, organize social events, and speak publicly that are central to the role of the best man. In short, Alex's social insecurity was so crippling that he was unable even to be his only brother's best man. In fact, after standing in line beside me at his brother's altar, Alex did not participate in the wedding party, but stayed outside on his phone the entire evening, afraid to interact or participate.

I believe that Alex's condition makes him uniquely unlikely to pose a flight risk. Since Alex feels so uncomfortable with unfamiliar people and places, I think it unlikely that he would make any attempt to leave the Middle District of Florida. Additionally, I am confident that both Mrs. Carlsson and Steve would be responsible custodians. Mrs. Carlsson has deep ties to the community; she was on the board of our mutual high school Trinity Preparatory School, with my mother, and is a well-respected and upstanding woman. Steve, for his part, has been unwaveringly devoted to his brother, throwing himself into caring for him, particularly after the death of their father in 2005, which, as I mentioned, devastated the family and made Alex's condition worse.

Here, there is no indication that Alexander poses a flight risk or a risk to himself or the community. Accordingly, I respectfully request the Court consider Alexander's condition and the lack of aggravating factors and allow Alexander to be remanded to the care or Mrs. Carlsson, subject to whatever conditions the Court seems appropriate.

I am available to answer any questions at your convenience.

Sincerely,
Michael van den Berg

--
Michael van den Berg



The Honorable Gregory J. Kelly
United States Magistrate Judge
Orlando Division
George C. Young US Courthouse and Federal Building
401 W. Central Blvd
Orlando, Florida 32801

August 9, 2015

Dear Judge Kelly,

I am writing to support Alex Carlsson and his family whom I have known for approximately 15 years. I met Alex and his parents through Trinity Preparatory School in Winter Park which our children all attended, and through our children's soccer club where I was the "soccer mom" in charge of Alex's team for many years.

I realized that Alex was a quiet boy, talented at art, who greatly desired to be a productive part of the team, though it was difficult for him to socialize with the other children. He attended extra coaching classes to improve his skills to help the team, and his parents were consistent in attending games and providing the encouragement they knew he could receive. When his mother disclosed his Asperger's diagnosis while Alex was in high school, it made great sense and helped me and my children better understand Alex. He has always treated me and my family respectfully, but it is difficult for him to express emotion. Shortly after his father's sudden death, the team organized an impromptu practice, even though soccer season had not officially started, to help take his mind off his loss. We could tell he was touched by our actions, but just could not find a way to convey it in words or physical expression.

I would describe Alex as a "homebody," most comfortable in familiar surroundings and with familiar people. His parents have gone to great lengths to insure he receives the extra help he needs and I have no doubt they will continue to do whatever is necessary to help him in any way possible. Anita and Dan are devoted church members, hard-working, so generous, and provide and excellent example of the type of citizens we should hope to be.

I am glad to provide any further reference regarding Alex and his family.

Sincerely,

Charlotte J. Raleigh
576 Ivanhoe Plaza
Orlando, FL 32804

**Matt@warrenlindseylaw.com**

| | |
|---|---|
| **From:** | Daniel Trout <frdaniel818@hotmail.com> |
| **Sent:** | Thursday, August 13, 2015 10:34 AM |
| **To:** | Matt@lindseyandferry.com |
| **Subject:** | FW: Letter of Support and Reference |

Date: Sun, 9 Aug 2015 18:43:54 -0400
Subject: Letter of Support and Reference
From: fatherchandler@gmail.com
To: frdaniel818@hotmail.com

The Honourable Gregory J. Kelly
U.S. District Court - Middle District of Florida
401 West Central Boulevard
Orlando, Florida 32801

VIA EMAIL

9th August 2015

Your Honour,

I write this letter to you on behalf of my friend and former parishioner, Alexander Carlsson, who is dear to me and to all those who know him personally. I am the Right Reverend Chandler Holder Jones SSC, Bishop Suffragan of the Diocese of the Eastern United States of the Anglican Province of America, and Rector of Saint Barnabas Anglican Church in Dunwoody, Georgia. I have known Alex since 2003, and served as his pastor from 2003 to 2007, during which time I served as Sub-Dean of Saint Alban's Cathedral in Oviedo, Florida. I have been a close friend of Anita Trout, Alex's mother, since 2003 as well. I have known Daniel Trout, Alex's step-father and another close personal friend, since 2005. Anita served with me on the Vestry or Church council of the Cathedral during the years I was in Florida, and during the same time period I assisted Dan in his spiritual and theological preparation for ordination to the Anglican priesthood. Dan was subsequently ordained to the priesthood and married Anita after the death of first husband Brian. I have known and have been very close to the whole family for twelve years.

From early childhood Alex has been diagnosed with Asperger Syndrome, a form of autism which limits one's ability to make connections with the outside world and to process the moral and social challenges which naturally come to people. My personal experience of Alex dictates that he is removed emotionally from other people and situations because of his state; he does not easily connect emotionally to what is going on around him  He is unable to understand or comprehend the complexity of many situations which most adults simply take for granted, such as employment or keeping routine schedules. He is often verbally non-communicative. He requires continual guidance, support, and direction in his personal life. Although I am not a psychiatrist or psychologist, as his pastor I can testify that Alex's mental handicap is intense and life-long. Even at 25 years of age today, Alex needs others to help him to accomplish daily, seemingly mundane tasks.

1

In 2005, Alex, as an adolescent, suffered the untimely loss of his father Brian, who died suddenly and unexpectedly. This experience was difficult for Alex and only served, I believe, to exacerbate his mental condition. There is no question in my mind that Brian's death impacted Alex in a negative way, even if others cannot easily detect the effect because of Alex's condition. I accompanied the whole family in prayer and pastoral care during that painful time and I realise first-hand how very trying and heartbreaking it was for them all.

Alex is dependent upon his mother and step-father: he needs them and their support and daily care. I have the utmost confidence that Alex will be docile, compliant, and cooperative in future and will do what he is asked to do by those in authority over him, Alex has always been and remains a gentle, quiet, peaceful young man; he threatens no violence to himself or others and has no history of violence. To my knowledge he has never intentionally threatened physical harm to anyone, If Alex is released to the care and protection of his family, I trust that he will be obedient and submissive to parental instruction.

Anita and Dan are devoted parents who have done everything possible to nurture and prosper their son. Over the years they have met the challenge of Alex's serious condition with love, grace, patience, and strength. They are devout Christians fully committed to their faith and their family. I am convinced they can be trusted to provide for Alex what he requires at this time. I feel certain they can be trusted to take responsibility and guardianship for him now and in future.

Thank you so very much for your kind consideration of this letter and its contents. I remain in fervent prayer for all those affected and involved in this tragic situation. Please contact me personally if I may be of any further assistance.

God bless you.

In Our Blessed Lord,

Bishop Chandler (Chad) Holder Jones SSC
Saint Barnabas Anglican Church
4795 North Peachtree Road
Dunwoody, Georgia 30338
404.313.9448
fatherchandler@gmail.com

**Matt@warrenlindseylaw.com**

| | |
|---|---|
| **From:** | ziplocpicker@gmail.com on behalf of John Shen <johnzhihaoshen@gmail.com> |
| **Sent:** | Monday, August 10, 2015 4:00 AM |
| **To:** | Matt@lindseyandferry.com |
| **Subject:** | John Shen letter for the Carlssons |

=========================

Dear the Honorable Gregory J. Kelly,

My name is John Shen. I am currently a software engineer in San Francisco. Before that, I served 2 years as a Health Educator in Peace Corps: Madagascar and worked as a biologist on commercial fishing boats in the Bering Sea. I have known the Carlssons for fifteen years.

Steven Carlsson was one of my first friends in the Orlando area. I went to a new school for sixth grade with none of my elementary school classmates. Steve and I were fast friends-- we were took many of the same classes, were interested in the same videogames, and lived relatively close together. My parents had busy schedules, so I carpooled with Anita, Steven, and Alex for much of middle school. Anita let us watch TV and do homework in her office. After work, she would drive us to her house where I would stay until my parents picked me up in the evening.

Alex carpooled with us. He was shy and awkward, like so many other kids that age. We didn't have the easiest time talking about classes or teachers, but I remember he would become very animated while describing games or TV shows. I remember quizzing him on gaming trivia. This was before Google and smartphones, when trivia was still a battle of wits with uncertain information.

The carpool situation eventually ended and I only saw Alex when I went to their house. I don't think he ever grew out of his awkwardness. He was not blessed with ability to make friends or to maintian a conversation outside of a very narrow scope. I was not surprised when Steven mentioned that Alex had Asperger's Syndrome.

I was shocked when I heard the news regarding Alex's arrest. I can say nothing regarding his guilt or innocence. However, please consider releasing him to his family. He functions especially poorly away from people that he knows and trusts. I beleive that the level of care that he receives from his family would be significantly better than something provided wholly by the state. I beleive that Alex would be more cooperative at home than elsewhere.

Regards,
John Shen

**Matt@warrenlindseylaw.com**

| | |
|---|---|
| **From:** | Meier, Alex <AMeier@seyfarth.com> |
| **Sent:** | Sunday, August 09, 2015 10:49 PM |
| **To:** | Matt@lindseyandferry.com |
| **Subject:** | Ltr re: PTD, Alex Carlsson |

The Honorable Gregory J. Kelly
Magistrate Judge, United States District Court, Middle District of Florida, Orlando Division.

My name is Alex Meier. I currently work as an associate at Seyfarth Shaw LLP. Prior to that, I served as a law clerk to the Honorable William C. O'Kelley, United States District Judge, Northern District of Georgia. During that time, and for the preceding fifteen years, I have been privileged to count Steven Carlsson among my closest friends.

I attended Steve's wedding, and we share a close group of friends from middle and high school. I, along with Steve and other friends, exchange at least a few messages every day through a Facebook group conversation.

I cannot, however, say I know Alexander nearly as well--if at all. He and I have had little direct contact over the years; our conversations limited to a few fragmented exchanges about Lego and video games. I am aware that Alexander suffers from Asperger's Syndrome or some kind of Autism spectrum disorder. It would certainly be consistent with and explain my limited intersections with him.

I do, however, believe that his condition makes him uniquely unlikely to pose a flight risk. Alexander did not interact with people at his only brother's wedding, opting instead for the familiar glow of a cell phone screen. He feels uncomfortable with unfamiliar people and unfamiliar places. It is exceedingly unlikely that he would subject himself to both in some ill-advised attempt to leave the Middle District of Florida. I believe he presents a minimal flight risk.

Additionally, I am confident that both Mrs. Carlsson and Steve would be responsible custodians. Mrs. Carlsson has deep ties to the community; my friends and I ask Steve to talk to his mother about what is going on at our former school, Trinity Preparatory School, because if something is happening, she's been talking to someone about it. To my knowledge, she remains heavily involved with the school-- even years after her children matriculated.

Here, there is no indication that Alexander poses a flight risk or a risk to himself or the community. Accordingly, I respectfully request that the Court consider Alexander's condition and the lack of aggravating factors and allow Alexander to be remanded to the care or Mrs. Carlsson, subject to whatever conditions the Court deems appropriate.

Sincerely,

Alex Meier

Sent from my iPhone


Alex Meier | Seyfarth Shaw LLP
1075 Peachtree Street, N.E. | Suite 2500 | Atlanta, Georgia 30309-3958
Direct: +1-404-885-6770 | Mobile: +1-407-620-3732 ameier@seyfarth.com | www.seyfarth.com


------------------------------------
The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.
------------------------------------

**Matt@warrenlindseylaw.com**

| | |
|---|---|
| **From:** | RJ Cubarrubia <rjcubarrubia@gmail.com> |
| **Sent:** | Sunday, August 09, 2015 8:03 PM |
| **To:** | Matt@lindseyandferry.com |
| **Subject:** | Alex Carlsson |

The Honorable Gregory J. Kelly,

My name is RJ Cubarrubia and I'm a writer who has covered music, video games and culture for *Rolling Stone*, *Billboard*, *Polygon* and *Popular Photography*, among others. For the past 16 years, Steven Carlsson has been one of my closest friends, sharing the same tightly-knit group since middle and high school. We continue to talk daily on Facebook, and my girlfriend and I were among his guests at his wedding in August 2013.

Despite Steve and I's strong relationship, I've hardly known Alex at all – even through roughly 16 years of peripheral interaction and proximity. His difficulty communicating and continuing a flowing conversation mostly proved insurmountable. Our mutual interest in video games brought about brief, stunted small talk at times, and Alex never seemed in tune with others around him. As we got older, we learned Alex suffered from Aspergers or a similar kind of Autism disorder.

The last time I saw Alex was at Steve's wedding. I saw him converse with no one except his immediate family the entire time, and later noticed him sitting on a couch by himself checking his phone when I visited the restroom, oblivious to the celebrations just one room over. Another friend of the group noticed Alex was still there hours later. We did not speak the entire night.

From what I've noticed over the years, I believe Alex's condition makes him highly unlikely to pose a flight risk. He's overwhelmed by the simplest interactions with someone familiar, and often crumbles when approached by someone he has known for years. He's even more uncomfortable amongst strangers and strange places, and the chances he would place himself in those situations seem extremely low.

I'm also completely confident that Steve and his mother Anita would be responsible guardians for Alex. Mrs. Carlsson was a nurturing presence for our group of friends throughout our adolescence, and has been deeply involved in the local and Trinity Preparatory School communities.

It seems extremely unlikely that Alex poses a flight risk or a risk to the community, and as such, I respectfully request the Court reflect on Alex's circumstances and mental condition, and allow him to be in the care of Mrs. Anita Carlsson, along with whatever conditions the Court decides.

Sincerely,
RJ Cubarrubia

**Matt@warrenlindseylaw.com**

| | |
|---|---|
| **From:** | Miles Brundage <milesb@gwmail.gwu.edu> |
| **Sent:** | Sunday, August 09, 2015 7:34 PM |
| **To:** | Matt@lindseyandferry.com |
| **Subject:** | Letter from Miles Brundage |

To the Honorable Gregory J. Kelly,

My name is Miles Brundage. I am a graduate student studying science and technology policy at Arizona State University. Before that, I served as Special Assistant to the Director of the Advanced Research Projects Agency - Energy (ARPA-E) at the U.S. Department of Energy. I have been close friends with Steven Carlsson for fifteen years and have interacted with Alexander periodically during that time.

While my interactions with Alexander have been limited in length, they have been consistent in the impression they have left - namely, that Alexander has impaired social skills. Alexander's social difficulties have occasionally been a subject of discussion between myself, Steven, and our mutual friends over the years, and I have long believed that the untimely death of Steven and Alexander's father contributed in some way to Alexander's social impairment. Since that time, Steve has played a critical role in raising and caring for Alexander and in facilitating his social interactions. My most recent interactions with Alexander occurred in the context of playing a video game with several people (including Steven). As is typical for him, Alexander displayed a remarkable degree of knowledge about the video game in question but said little if anything about other topics.

In light of his social impairments, I do not believe that Alexander is a threat to himself or others, or that he poses a flight risk, and I believe that he would be more cooperative under the custodianship of Steven, Dan, and Anita. Of those discussed here, I know Steven the best, and I have the utmost respect for his character. What I know of the others suggests that they, too, would be trustworthy custodians of Alexander.

Sincerely,

Miles Brundage
987 W. Washington St.
Apt. E303
Tempe, AZ 85281
407-325-4662
miles.brundage@asu.edu

**Matt@warrenlindseylaw.com**

| | |
|---|---|
| **From:** | John Fraxedas <jfraxedas@gmail.com> |
| **Sent:** | Sunday, August 09, 2015 7:49 PM |
| **To:** | Matt@lindseyandferry.com |

Best,

John Fraxedas

---

To The Honorable Gregory J. Kelly,

My name is John Fraxedas. I currently work as a senior programmer for RTI Surgical in Alachua, Florida. I graduated from the University of Florida with a bachelor's degree in Industrial and Systems Engineering in 2011, and before that, I attended Trinity Preparatory School with Steven Carlsson for seven years, during which he and I cultivated a strong friendship which stands to this day.

The Carlssons became family friends of mine during those years, and I had the opportunity and pleasure of spending a great deal of time with Steven and his family both in and out of the school environment.

I knew early on through my brief but cordial interactions with Alex that he suffered from some autism spectrum disorder. He had a tendency to fixate on things, particularly video games, even during otherwise social situations.

After the death of their father, Brian, the Carlsson boys reacted very differently. Steven, the elder, was clearly crushed at this unthinkable tragedy, and after a period of grieving and coming to terms with what had happened, I could tell that he had stepped into the role of man of the house. He had an air of maturity from that point forward, and I know that he sees himself even today, as Alex is a man, as feeling largely responsible for the continued well-being of his mother and younger brother. Alex, on the other hand, had almost no perceptible reaction to his father's death. I seem to remember him playing a handheld video game directly after the funeral service for Brian.

Anita is an incredible woman who seems to have boundless love for those around her; she was always volunteering her time for school events, she weathered the death of her husband Brian with dignity, and though I have had very limited interaction with Dan, I am confident that they, along with Steven, can act as responsible custodians for Alex.

I do not believe that Alex would be uncooperative whatsoever under the custodianship of the Carlssons, and I do not believe that he would represent a danger to anybody. In all of my interactions with Alex, he has been calm, quiet, and gentle.

Sincerely,

John Fraxedas

U.S. District Court – Middle District of Florida
Honorable Judge Gregory J. Kelly
401 West Central Blvd
Orlando, FL 32801

Your Honor,

My name is Robert Colonel. I have known the Carlsson family for 20 years and Dan Trout for ten years. I moved from Florida to Connecticut in 2009 to matriculate at Yale University, and now live in Norwalk, Connecticut. The purposes of this letter is to personally vouch for Anita and Dan Trout as responsible and trustworthy individuals to have Alex Carlsson released into their custody, as well as provide you with my perspective on Alex's emotional struggles and handicap.

I first met the Carlsson family in 1996 at St. Alban's Anglican Cathedral in Oviedo, Florida and met Dan at St. Alban's in 2006. Our families have been close since we first met. To give you some color, we saw each other frequently both at church and for occasional dinners, my family attended the high school football games of Anita's son Steven, and we took several family trips together. My family met Anita and her children at the hospital when Brian, Alex's father and Anita's first husband, passed in 2005. Likewise, Anita and Dan met my father at the hospital when my mother passed last year. During the week after my mother passed there was no one outside my family I was more eager to see than Dan and Anita. Based on this longstanding relationship with both Anita and Dan, I have confidence in their responsibility and integrity, and I vouch for their capacity to have Alex released into their custody.

I was shocked and appalled to hear the news of his arrest. Having known Alex for some time, I have some understanding of his emotional struggles and handicap. I cannot say that his challenges in anyway exculpate his actions. Rather, I can only offer my perspective on his personal struggles for your consideration.

I have always known Alex to be introverted and quiet. He would have trouble making conversation with most people and would often instead choose to play his Gameboy or listen quietly to conversations. For example, in middle school and high school he would rarely hang out with peers of his own age and instead to spend his time with his older brother and his older brother's friends, as he felt more comfortable with them. Additionally, at larger gatherings (e.g., church group outings) he would often get flustered and overwhelmed in social interactions, choosing instead to stay close to his family. I see Alex as someone who has been unable to build meaningful relationships with his peers, struggled with his own emotions, and has had trouble maturing into adulthood. I ask that you take this into consideration when proceeding with Alex's case.

Sincerely,

Robert Colonel
11B Pogany St.
Norwalk, CT 06854

August 10, 2015

The Honorable Gregory J. Kelly
United States Magistrate Judge
Orlando Division
George C. Young US Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Dear Judge Kelly,

It is with great pleasure that I write you this letter in support of Alex Carlsson. I
have been a neighbor of Anita Trout, Alex's mom, Stephen Carlsson, Alex's brother,
and Alex, for 15 years. I have known Daniel Trout, Alex's step-dad, for 10 years. I
live directly across the street from this family. Anita and Daniel are caring,
concerned, value-laden individuals who have frequently helped me with a variety of
situations (such as a broken garage door, moving heavy furniture, collecting mail
when we are on vacation, etc...), as my husband travels heavily for his job. In return,
my 17 year old daughter, Mallory, and I often pet sit and collect mail when they
travel. As such, she and I have been in their home on multiple occasions. Their
home exudes warmth, love of family, and love of God.

In these 15 years, I have come to understand Alex's social deficits, those common to
Asperger's Syndrome, on a "real-life" level, far beyond my study and limited
exposure as an occupational therapist. Anita has done a wonderful job teaching me
how he "sees" the world, what behaviors he might exhibit, and the strategies the
family uses to help him succeed.

I, and my family, have never felt frightened or threatened by Alex. Though some
behaviors may, on a cursory level, seem "unusual" (such as not waving or saying hi
as he and I pass each other on opposite sides of the street walking our dogs), I know
the reasons for these actions. He has never given me cause for concern.

The most wonderful, practical environment for Alex to thrive would be in the care of
Anita and Daniel, who love him unconditionally and understand him best. I am
concerned that he will not adapt to a different environment, given his level of social
deficiencies. In fact, I believe he would do poorly in a new environment and skills
would fade. He trusts his family innately. That trust has enabled him to grow and
develop in a world that does not readily understand Asperger's, especially when
intellect and outward appearance initially "hide" the syndrome.

I hope my words convey to you the honor I have of knowing this family, the utmost
faith I have in Anita and Daniel's ability to help Alex stay on the right course, and the
deep concern I have for Alex's future environment. A jail cell, surrounded by
offenders and criminals, will harm Alex. His gullibility and  social immaturity will be
played upon by those with ill intentions.

If you desire to speak with me further, please do not hesitate.

My cell phone number is: 407-463-4601.


Thank you for this opportunity to speak on Alex's behalf.


Sincerely,

Susan Adams
345 Little Springs Lane
Longwood,FL 32750